# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHAEL LOREN GIBBS | § |
| | § Civil Action No. 4:17-CV-222 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion for Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("Motion") (Dkt. #20), the Commissioner's Response to Plaintiff's Motion for Fees under the Equal Access to Justice Act (Dkt. #22), and Plaintiff's Reply in Support of Motion for Fees under the Equal Access to Justice Act, wherein Plaintiff amends the amount requested and separates the costs and expenses herein (Dkt. #23), finds that Plaintiff's Motion (as amended by his Reply) is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion, as amended by his Reply (Dkts. #20; #23) is **GRANTED**, and the Commissioner is directed to pay eight thousand, eight dollars and ten cents ($8,008.10) as reasonable attorney's fees, four hundred twenty-seven dollars and forty cents ($427.40) as costs, and twenty-one dollars and twenty-nine cents ($21.29) as postage expenses, payable to Plaintiff, such payment to be mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.

**SIGNED this the 5th day of February, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE